UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ILIR TOPALLI,

        Plaintiff,

        Case No.: 08 CV 1968

-against-

ALBERT EINSTEIN COLLEGE OF MEDICINE OF
YESHIVA UNIVERSITY; YESHIVA UNIVERSITY;    RULE 7.1 STATEMENT
MARK F. MEHLER; AND ANNE ETGEN,

        Defendants.

------------------------------------------------------------ X

    Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Albert Einstein College of Medicine of Yeshiva University, Yeshiva University, Mark F. Mehler, and Anne Etgen certifies that there are no parent companies, subsidiaries, or affiliates of the above-named defendants, and that the above-named defendants have issued no shares to the public of the United States.

Dated: New York, New York
       April 7, 2008

                            SIVE, PAGET & RIESEL, P.C.
                            Attorneys for Defendants
                            Albert Einstein College of Medicine of
                            Yeshiva University, Yeshiva University,
                            Mark D. Mehler, and Anne Etgen

                        By: *[signature]*
                            Daniel Riesel (DR-9777)
                            460 Park Avenue
                            New York, New York 10022
                            (212) 421-2150

TO:   COX PADMORE SKOLNIK & SHAKARCY LLP
      Attorneys for Plaintiff
      ATTN: Chinyere Y. Okoronkwo
      630 Third Avenue, 19th Floor
      New York, New York 10017
      (212) 953-6633


P:\5997\5960\Rule 7.1 disclosure statement.doc