UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ILIR TOPALLI,                                                    08 Civ. 1968 (Judge Victor Marrero)

                         Plaintiff,

            -against-                                            **AFFIDAVIT OF SERVICE**

ALBERT EINSTEIN COLLEGE OF MEDICINE                             Electronic Case Filing
OF YESHIVA UNIVERSITY; AND YESHIVA
UNIVERSITY; MARK F. MEHLER; AND
ANNE ETGEN,

                         Defendants.

------------------------------------------------------------x

        I, Samuel Brintle, declare under penalty of perjury that I have served a copy of the
attached

        **SUMMONS AND COMPLAINT** *along with* The assigned Judges'
        Individual Rules; USDC/SDNY Instructions for Filing an Electronic Case
        or Appeal; USDC/SDNY Procedures for Electronic Case Filing; and the
        USDC/SDNY Guidelines for Electronic Case Filing

upon Defendants Albert Einstein College of Medicine of Yeshiva University, Yeshiva University,
Mark Mehler, MD, and Anne Etgen, PhD, at approximately 3:30 pm on March 17, 2008 by
leaving them with Steven C. Russo, Esq., at Sive Paget & Riesel, P.C., 460 Park Avenue. New
York, NY 10022.

Mr. Russo acknowledged himself authorized to accept such documents on behalf of the
Defendants listed above.

Mr. Russo also signed a letter signifying his receipt of the Summons and Complaint which is
attached below.

                                            *Samuel Brintle*
                                            Samuel Brintle, Paralegal
                                            Cox Padmore Skolnik & Shakarchy LLP
                                            630 Third Avenue, 19th floor
                                            (212) 953-6633

Sworn to before me this
24th day of April, 2008

_____
        Notary Public

        NOAH B. POTTER
Notary Public, State of New York
        No.02PO6066349
Qualified in New York County
Commission Expires November 13, _2009_

# Cox Padmore Skolnik & Shakarchy LLP

Attorneys at Law

**Chinyere Okoronkwo**
**Of Counsel**

March 17, 2008

**Rec'd**

**Via Hand Delivery**

Steven C. Russo, Esq.
Sive Paget & Riesel, P.C.
460 Park Avenue
New York, NY 10022

Re:    **Ilir Topalli v. Albert Einstein College of Medicine of Yeshiva University, et al.,**
**United States District Court, Southern District of New York,**
**Case No.: 08 CV 1968**

Dear Mr. Russo:

    We hereby serve the summons and complaint against defendants Albert Einstein College of Medicine of Yeshiva University, Yeshiva University, Mark Mehler, M.D. and Anne Etgen, Ph.D. in the above-referenced case together with paper copies of the documents listed in the 3rd Amended Instructions for Filing an Electronic Case or Appeal.  You previously informed me that you would accept service of process on behalf of the defendants. Please confirm your acceptance by countersigning a copy of this letter and by returning the same to our process server.

    As you may have gathered, the case was initially assigned to Judge Buchwald. Thereafter, it was reassigned to Judge Marrero.

    Please feel free to contact me with any questions or concerns.

Very truly yours,

Chinyere Okoronkwo    Sjб

Steven C. Russo, Esq.

Enclosure(s)

630 Third Avenue   19th Floor   New York, NY 10017-6782   212/953-6633   212/949-6943 (Telefax)

A Partnership including Limited Liability Partnerships

Denver, Colorado                    Jerusalem, Israel
303/839-9191                        212/561-5527