UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ILIR TOPALLI,

            Plaintiff,

            Case No.: 08 CV 1968

    -against-

ALBERT EINSTEIN COLLEGE OF MEDICINE OF
YESHIVA UNIVERSITY; YESHIVA UNIVERSITY;   NOTICE OF APPEARANCE
MARK F. MEHLER; AND ANNE ETGEN,

            Defendants.

------------------------------------------------------------------ X

       PLEASE TAKE NOTICE that Steven C. Russo of Sive, Paget & Riesel, P.C. hereby appears as additional counsel for above-named defendants in this action. Service of all pleadings, papers, and documents required to be served in this action should also be served on Steven C. Russo at 460 Park Avenue, 10th Floor, New York, New York 10022.

Dated: New York, New York
       May 20, 2008

                                      Respectfully submitted,

                                      SIVE, PAGET & RIESEL, P.C.
                                      Attorneys for Defendants

                       By: _____
                               Steven C. Russo (SR-7689)
                               460 Park Avenue
                               New York, NY 10022
                               (212) 421-2150

TO:    COX PADMORE SKOLNIK & SHAKARCY LLP
         Attorneys for Plaintiff
         630 Third Avenue, 19th Floor
         New York, New York 10017
         (212) 953-6633